IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GREGORY A. McELROY                                                         PLAINTIFF
ADC # 92758

v.                        No. 2:12-cv-198-DPM

T. CODY, Sergeant, East Arkansas
Regional Unit, ADC; L. ESTER, Disciplinary
Hearing Officer, East Arkansas Regional
Unit, ADC; DANNY BURL, Warden, East Arkansas
Regional Unit, ADC; RAYMOND NAYLOR,
Disciplinary Hearing Administrator, ADC; and
RAY HOBBS, Director, ADC                                                   DEFENDANTS

JUDGMENT

McElroy's complaint is dismissed without prejudice. This dismissal counts as a "strike" under the Prison Litigation Reform Act of 1996.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 February 2013